IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COURTNEY TAMONE LAMAR ABNEY,

        Plaintiff,

    v.

JACKSON COUNTY SHERIFF OFFICE, et al.,

        Defendants.

Case No. 1:22-cv-01508-MO

ORDER TO DISMISS

MOSMAN, District Judge.

Plaintiff in this prisoner civil rights case moves to voluntarily dismiss his case "of procedural defect." Motion to Dismiss (#7), p. 1. He also asks the Court to reimburse him for the filing fee associated with this case because "of initial complaint being dismissed on grounds of failure to state a claim." *Id.* Where the collection of the filing fee is a statutory requirement, the Court has no discretion not to adhere to the statute. *See* 28 U.S.C. § 1915. However, given the voluntary nature of Plaintiff's dismissal of this case, the court will dismiss the action without prejudice and the dismissal will not constitute a "strike" for purposes of 28 U.S.C. § 1915(g).[1]

---

[1] Plaintiff is advised that under the Prison Litigation Reform Act, a prisoner is prohibited from proceeding in a civil action without full payment of the filing fee if the prisoner has, on three or more occasions, while incarcerated

1 - ORDER TO DISMISS

## **CONCLUSION**

Plaintiff's Motion to Dismiss (#7) is granted. His request within that Motion to reimburse him for the payment of the civil filing fee is denied.

IT IS SO ORDERED.

12/21/2022
DATE

*Michael W. Mosman*
Michael W. Mosman
United States District Judge

---

or detained in any facility, brought an action in a court of the United States that was dismissed as frivolous or for failure to state a claim unless the prisoner is under imminent danger of serious physical harm. 28 U.S.C. § 1915(g).

2 - ORDER